UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Zweigle Advertising, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>St. Croix Mountain, LLC, a Minnesota limited liability corporation, and Does 1-10,<br><br>Defendants. | Civil File No. 01-CV-2001 JMR/FLN<br><br>**STIPULATION AND ORDER** |

The parties, through their undersigned counsel, hereby stipulate and agree that Plaintiff may amend its Complaint in the form of the attached First Amended Complaint (Ex. A).

**OPPENHEIMER WOLFF & DONNELLY LLP**

Dated: February 1, 2002

By: ______________________
Ernest W. Grumbles (#274793)
Katherine Wilhoit (#313853)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR PLAINTIFF ZWEIGLE ADVERTISING, INC.**

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**MUDGE, PORTER, LUNDEEN & SEGUIN, S.C.**

Dated: 2-1, 2002

By: R. Michael Waterman

R. Michael Waterman (# 263254 )
110 Second Street
Post Office Box 469
Hudson, WI 54016-0469
Telephone: (715) 386-3200
Facsimile: (715) 386-5447

**ATTORNEYS FOR DEFENDANT ST. CROIX MOUNTAIN, LLC**

**SO ORDERED:**

Date: February 8, 2002

By: Franklin L. Noel

The Honorable Franklin Noel
Chief United States Magistrate Judge