422122

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV--2001 JMR/FLN Case Title: Zweigle Advertising v. St. Croix Mtn.

Affidavit of Movant

I, Daniel R. Kelley ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac John L. Smaha , an attorney admitted to practice in the Southern District of California ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Pro Specialties Group Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 247674 Date: 3/22/02

Affidavit of Proposed Admittee

I, John L. Smaha , am currently a member in good standing of the U.S. District Court for the Southern District of California , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: John L. Smaha Signature: [signature] Date: 3/14/02

Attorney License Number: California 95855
Law Firm Name & Address: Smaha & Daley
7860 Mission Center Court, Suite 100
San Diego, CA 92108
Telephone: (619)688-1557

Motion Granted: [signature] /MMC
For the Court: Richard D. Sletten, Clerk
Date: MAR 25 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK