UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2001 (JMR/FLN)

| | | |
|---|---|---|
| Zweigle Advertising Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Annie Blide, et al. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: September 17th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

SEP 17 2002
RICHARD D. SLETTEN, CLERK